# LOEVY + LOEVY

311 N. Aberdeen Street
Chicago, Illinois 60607
(312) 243-5900
www.loevy.com

March 18, 2026

**VIA CM/ECF**

Hon. J. Brendan Day
United States Magistrate Judge
402 East State Street
Trenton, New Jersey 08608

**RE:** *Raymond Ingram v. Jonathan Cincilla et al.,* **No. 3:25-cv-02302**

Dear Judge Day:

Per the Court's Order, ECF No. 24, here is the parties' joint status update. Defense counsel has authorized me to file this as a joint document.

The following discovery has been conducted in the case:

- Plaintiff served interrogatories on all Defendants on June 13, 2025, and Defendants responded on September 18, 2025;

- Plaintiff served requests for documents on all Defendants on June 13, 2025, and Defendants responded on September 17, 2025;

- Plaintiff served requests for admissions on all Defendants on June 13, 2025, and Defendants responded on September 18, 2025;

- Plaintiff served initial disclosures on July 14, 2025;

- Plaintiff served a document subpoena on the New Jersey Office of the Public Defender on July 18, 2025, and documents have been produced;

- Plaintiff served a document subpoena on Rukiya Blackwell (one of his criminal trial-level lawyers) on July 18, 2025, and Ms. Blackwell has indicated she has no documents;

- Plaintiff served a document subpoena on the Mercer County Prosecutor's Office on July 18, 2025, and documents have been produced; and,

- Defendants served initial disclosures on September 13, 2025.

March 18, 2026                                                                                    Page **2** of **2**

- Defendants produced additional documents and discovery responses on December 31, 2025.

The parties reported in their last letter that the parties were targeting "mid-February or slightly later" for party depositions. ECF No. 23 at 2. That turns out to have been optimistic. Plaintiff's counsel had a trial in federal court in Los Angeles that ran long, occupying most of February. Plaintiff's counsel has two additional federal trials in April, which do not appear likely to settle. Defendants' counsel also has a trial set for May 20.

The scheduling issues, the parties have tentatively identified these dates for the party depositions:

- May 12, Deposition of Jonathan Cincilla

- May 13, Deposition of Jeffrey Donaire

- May 14, Deposition of Raymond Ingram

- May 15, Deposition of Nathan Bolognini

These dates require a short extension of the fact discovery cutoff. The parties thereby request a 60-day extension for fact discovery to complete the depositions and any related or follow-up discovery that may arise.

                                                            Sincerely yours,

                                                            /s/ Tom Kayes

                                                            Tom Kayes
                                                            Of Counsel


cc:      File #992254086